**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18349-ABG |
| | § | |
| GRACE EWUOSO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,217.00 | Assets Exempt: | $16,700.00 |
| Total Distributions to Claimants: | $3,650.72 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,349.28 | | |

3) Total gross receipts of $6,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,335.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,349.28 | $2,349.28 | $2,349.28 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $135,632.00 | $6,206.83 | $6,206.83 | $3,650.72 |
| **Total Disbursements** | $137,967.00 | $8,556.11 | $8,556.11 | $6,000.00 |

4). This case was originally filed under chapter 7 on 04/30/2013. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2014          By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Transfer of Funds to Mother in Nigeria | 1241-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America | 4110-000 | $2,335.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,335.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.36 | $3.36 | $3.36 |
| Green Bank | 2600-000 | NA | $21.94 | $21.94 | $21.94 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $972.50 | $972.50 | $972.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1.48 | $1.48 | $1.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,349.28 | $2,349.28 | $2,349.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $1,022.00 | $1,127.97 | $1,127.97 | $663.45 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $507.00 | $612.34 | $612.34 | $360.16 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $1,139.00 | $1,104.66 | $1,104.66 | $649.74 |
| 4 | Capital One, N.A. | 7100-900 | $323.00 | $449.27 | $449.27 | $264.25 |
| 5 | Capital Recovery V, LLC Systems Corporat c/o Recovery Management | 7100-900 | $119.00 | $200.88 | $200.88 | $118.15 |
| 6 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat | 7100-900 | $2,470.00 | $2,711.71 | $2,711.71 | $1,594.97 |
| | Bank Of America | 7100-000 | $553.00 | $0.00 | $0.00 | $0.00 |
| | Codilis and Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dsnb Macys | 7100-000 | $815.00 | $0.00 | $0.00 | $0.00 |
| | US Bank Home Mortgage | 7100-000 | $128,684.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $135,632.00 | $6,206.83 | $6,206.83 | $3,650.72 |

**UST Form 101-7-TDR (10/1/2010)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-18349-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EWUOSO, GRACE | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 12/22/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Checking account with TCF | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with Rolling Meadows Credit Union | $300.00 | $0.00 | | $0.00 | FA |
| 3 | Misc used household goods | $900.00 | $0.00 | | $0.00 | FA |
| 4 | used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5 | 401(K) | $10,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2004 Chrysler Town and Country - 130K miles | $1,600.00 | $0.00 | | $0.00 | FA |
| 7 | Transfer of Funds to Mother in Nigeria (u) | $6,000.00 | $6,000.00 | | $6,000.00 | FA |
| Asset Notes: | Debtor to repay estate for transfer of funds | | | | | |
| 8 | 2012 Tax Refund: $7,186 Earned Income Credit: $3,169 (u) | $4,017.00 | $2,217.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                             **Gross Value of Remaining Assets**

                                  $24,117.00             $8,217.00                               $6,000.00        $0.00

**Major Activities affecting case closing:**

| 09/11/2014 | Order granting TFR and FEE app. Printed checks - TDR to be completed once all checks clear. |
|---|---|
| 04/17/2014 | TFR completed for Trustee's review. |
| 03/26/2014 | Review of POCs |
| 02/25/2014 | Final paymen received. |
| | To review Claims |
| 08/01/2013 | Debtor, Grace Ewuoso, to pay $6,000 to the Bankruptcy estate for the transfer of funds to her mother in Nigeria. Debtor would make 6 monthly payments of $1,000 a month totaling $6,000. Debtor will send certified funds to David P. Leibowitz Trustee. |
| | Below is the payment schedule beginning in September 2013 and ending February 2014. |
| | a) $1,000 payment due on or before the end of the month beginning September 2013; |
| | b) $1,000 payment due on or before the end of the month for October 2013; |
| | c) $1,000 payment due on or before the end of the month for November 2013; |
| | d) $1,000 payment due on or before the end of the month for December 2013, |
| | e) $1,000 payment due on or before the end of the month for January 2014; |
| | f) $1,000 payment due on or before the end of the month for February 2014. |
| 07/17/2013 | Received western union receipts etc. Objection to Discharge. Debtor's attorney is working with debtor to determine whether she can pay estate back. |
| | Sent $9,000.00 to mother in Nigeria - used tax refund |
| 07/17/2013 | Debtor will make $1000.00 p/m for the next six months to pay estate back in lieu of trustee barring debtor's discharge. |
| 07/08/2013 | Complaint to Bar Discharge - awaiting financial documents relating to funds |
| 06/25/2013 | Debtor to provide bank statements from the time refund was received. Continued to 7-18 @ 4 |
| | Debtor sent funds to mother in Nigeria - Trustee indicated there is nothing we mostly can do but he would like the bank statements to be reviewed. |

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 13-18349-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EWUOSO, GRACE | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 12/22/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

06/20/2013    Debtor received wire transfer on 1/30/13 for $9350.00 and wrote check on 2/5/13 for $9,000.00 - Requested copy of check dated 2/5/13 for $9000.00 – check no. 1012

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 04/11/2014 | DAVID LEIBOWITZ |

| Case No. | 13-18349-ABG | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EWUOSO, GRACE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4104 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2013 | (7) | EWUOSO, GRACE | Payment RE: Transfer | 1241-000 | $1,000.00 | | $1,000.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.14 | $998.86 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $997.25 |
| 12/02/2013 | (7) | Grave Ewuoso | payment | 1241-000 | $1,000.00 | | $1,997.25 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.01 | $1,994.24 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.42 | $1,990.82 |
| 02/25/2014 | (7) | Grace Ewuoso | Payment received from Debtor RE: Preferential Transfer. | 1241-000 | $4,000.00 | | $5,990.82 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.73 | $5,987.09 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.03 | $5,978.06 |
| 09/11/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,350.00 | $4,628.06 |
| 09/11/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.36 | $4,624.70 |
| 09/11/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 972.50; Amount Allowed: 972.50; Distribution Dividend: 100.00; | 3110-000 | | $972.50 | $3,652.20 |
| 09/11/2014 | 3004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.48 | $3,650.72 |
| | | | Claim Amount $(1.48) | 3120-001 | | | $3,650.72 |
| 09/11/2014 | 3004 | VOID: Clerk, US Bankruptcy Court | Distribution default was set to pay to the clerk under five dollar but since this is an admin check. voiding so that we can pay to Lakelaw | 3120-003 | | ($1.48) | $3,652.20 |
| 09/11/2014 | 3005 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 1,127.97; Amount Allowed: 1,127.97; Distribution Dividend: 58.82; | 7100-900 | | $663.45 | $2,988.75 |
| 09/11/2014 | 3006 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 612.34; Amount Allowed: 612.34; Distribution Dividend: 58.82; | 7100-900 | | $360.16 | $2,628.59 |
| 09/11/2014 | 3007 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 1,104.66; Amount Allowed: 1,104.66; Distribution Dividend: 58.82; | 7100-900 | | $649.74 | $1,978.85 |
| 09/11/2014 | 3008 | Capital One, N.A. | Claim #: 4; Amount Claimed: 449.27; Amount Allowed: 449.27; Distribution Dividend: 58.82; | 7100-900 | | $264.25 | $1,714.60 |
| 09/11/2014 | 3009 | Capital Recovery V, LLC Systems Corporat c/o | Claim #: 5; Amount Claimed: 200.88; Amount Allowed: 200.88; Distribution Dividend: 58.82; | 7100-900 | | $118.15 | $1,596.45 |
| 09/11/2014 | 3010 | Capital Recovery V, LLC c/o Recovery Management | Claim #: 6; Amount Claimed: 2,711.71; Amount Allowed: 2,711.71; Distribution Dividend: 58.82; | 7100-900 | | $1,594.97 | $1.48 |
| 09/11/2014 | 3011 | Lakelaw | Attorney for Trustee expenses | 3120-000 | | $1.48 | $0.00 |

**SUBTOTALS** $6,000.00 $6,000.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 13-18349-ABG | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | EWUOSO, GRACE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4104 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,000.00 | $6,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,000.00 | $6,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,000.00 | $6,000.00 | |

**For the period of 4/30/2013 to 12/22/2014**

| | |
| --- | ---: |
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/08/2013 to 12/22/2014**

| | |
| --- | ---: |
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 13-18349-ABG | **Trustee Name:** | David Leibowitz |
| **Case Name:** | EWUOSO, GRACE | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4104 | **Checking Acct #:** | ******4901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/30/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/22/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,000.00 | $6,000.00 | $0.00 |

| **For the period of 4/30/2013 to 12/22/2014** | | **For the entire history of the case between 04/30/2013 to 12/22/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,000.00 | Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 | Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |